# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-1542
Lower Tribunal Nos. 2015-CF-005867-A-O and 2015-CF-005964-B-O

_____

SAHDARIAN DAJUAN-LEWIS FRANKLIN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Orange County.
Kevin B. Weiss, Judge.

August 4, 2026

PER CURIAM.

AFFIRMED.

WHITE, MIZE and PRATT, JJ., concur.


Sahdarian Dajuan-Lewis Franklin, Miami, pro se.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED